**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TXAI TAY HER,<br><br>            Petitioner,<br><br>   v.<br><br>BRIAN BIRKHOLZ,<br><br>            Warden. | Case No. 2:23-cv-01098-HDV-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objection has been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is DENIED based on lack of jurisdiction.

IT IS FURTHER ORDERED that this action be dismissed WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 26, 2024

_____
HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE