JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TXAI TAY HER,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN BIRKHOLZ,<br><br>    Warden. | Case No. 2:23-cv-01098-HDV-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED WITHOUT PREJUDICE.

DATED: March 26, 2024

HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE